AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:22-mj-771-EJY |
| | ) | |
| RODRIGO VARGAS-ARELLANO | ) | Charging District:   Southern District of California |
| _Defendant_ | ) | Charging District's Case No.   17-cr-4287WQH |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: California Southern District Court<br>James M Carter and Judith N Keep U.S. Courthouse<br>333 W Broadway<br>San Diego, CA 92101 | Courtroom No.:  TBD |
| | Date and Time:  TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:      October 13, 2022

_Judge's signature_

ELAYNA J. YOUCHAH, United States Magistrate Judge
_Printed name and title_

FILED                    RECEIVED
ENTERED                  SERVED ON
            COUNSEL/PARTIES OF RECORD

OCT 1 3 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY